[Department Two. — October 11, 1883.]

## ESTATE OF H. E. HYDE, Deceased — M. P. CUTLER, Public Administrator, Appellant.

Administration — Public Administrator — Creditor. — A public administrator is entitled to letters of administration in preference to a creditor of an intestate decedent, or to the nominee of a non-resident heir.

Id. — Practice. — Applications for letters by the public administrator and by a nominee of a non-resident heir may be heard together, and the administration awarded to the proper party.

Appeal from an order of the Superior Court of Los Angeles County granting letters of administration.

The facts are stated in the opinion of the court.

*S. C. Hubbell*, for Appellant.

*Barclay & Wilson*, for Respondent.

Per Curiam. — L. A. Evans petitioned, as creditor, for letters of administration. M. P. Cutler petitioned for letters as public administrator. The petitions were heard together, and on the hearing the said Evans produced a written request from the father and heir of the estate that letters be granted to him, Evans. The father was a non-resident of this State. The court made an order that letters issue to Evans, and from this order Cutler appealed.

This was error. (See §§ 1369 and 1379, Code Civ. Proc.; also *Estate of Cotter*, 54 Cal. 217; *Estate of Kelly*, 57 Cal. 81; *Estate of Morgan*, 53 Cal. 245; *Estate of Beech*, 63 Cal. 458.)

The order is reversed and the cause is remanded for further proceedings.